**Order entered October 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00597-CV

## STEPHEN LEE HOLLAND, Appellant

## V.

## MARIA ELISABETH HOLLAND, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-09635**
## ORDER

Before the Court are appellant's (1) September 30, 2021 request to have the reporter's record supplemented with Respondent's Exhibit #9, entitled "Plaintiff Initial Discovery Responses," and (2) October 5, 2021 request to have the clerk's record supplemented with the August 3, 2020 motion to enforce, January 8, 2021 motion to compel, and February 4, 2021 Associate Judge's Report. We **GRANT** the requests. We **ORDER** Dallas County District Clerk Felicia Pitre and Donna Kindle, Official Court Reporter for the 303rd Judicial District Court, to file the requested supplemental clerk's and reporter's records no later than October 18, 2021. Should any of the documents requested in the supplemental clerk's record

not be located or should Respondent's Exhibit #9 not have been admitted into evidence, Ms. Pitre and Ms. Kindle shall state so in writing.

On the Court's own motion, we **RESET** the deadline for filing appellant's brief to November 8, 2021. We **DENY** appellant's October 5, 2021 extension motion as moot.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Ms. Kindle and the parties.

/s/   CRAIG SMITH
       JUSTICE